

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Christopher Bennett Wooten,    * From the 118th District Court
of Howard County
Trial Court No. 14804.

No. 11-18-00179-CR    * October 4, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed.